[No. 11981-5-III.    Division Three.    May 20, 1993.]

*In the Matter of the Marriage of* BRUCE R. RECORD,
*Respondent, and* PATTI C. RECORD,
*Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 90-3-00326-9, Donald W. Schacht, J.,
entered September 14, 1991. *Affirmed* by unpublished opin-

ion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.